IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMUEL LOVE
ADC #168174                                                    PETITIONER

v.                          No. 5:19-cv-252-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

Love's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 August 2020